IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DEBAUCHE,

    Plaintiff,

  v.

LARRY FUCHS, LINDSAY WALKER, MICHAEL GLASS, GWEN SCHULTZ, RYAN BLOUNT, KEVIN PITZEN, KYLE ZENK, SERGEANT WASAUGY, RANDAL, DALE PAUL, and MARIO LAVIA,

    Defendants.

Case No.  22-cv-115-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 9/2/2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |